```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PEDRO BARAJAS-RODRIGUEZ
 7

 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     ) No. 2:10-CR-524 JAM
                                  )
14          Plaintiff,            )
                                  ) **STIPULATION AND ORDER TO**
15     v.                         ) **CONTINUE STATUS CONFERENCE**
                                  ) **AND EXCLUDE TIME**
16  PEDRO BARAJAS-RODRIGUEZ,      )
                                  )
17          Defendant.            ) Date:  November 29, 2011
                                  ) Time:  9:30 a.m.
18  _____) Judge: Hon. John A. Mendez

19
```

20    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
21 States of America, and defendant, Pedro Barajas-Rodriguez, that the
22 status conference scheduled for November 29, 2011, may be continued
23 to December 13, 2011, at 9:30 a.m.

24    The parties have received a revised pre-plea presentence
25 report concerning Mr. Barajas and will reevaluate the proposed
26 resolution. So that the parties have time to consider the revised
27 report and consult with Mr. Barajas, they agree that the interests
28 of justice to be served by a continuance outweigh the best

1

interests of the parties in a speedy trial, and ask the Court to so find. The parties ask the Court to exclude time under the Speedy Trial Act from the date of this order through the status conference on December 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: November 23, 2011      */s/ T. Zindel for M. Beckwith*
                                MICHELE BECKWITH
                                Assistant U.S. Attorney

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: November 23, 2011      /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for Mr. Barajas-Rodriguez

# O R D E R

The status conference is continued to December 13, 2011, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: November 28, 2011      /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge